# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATHAN VAN GESSEL AND
HEATHER VAN GESSEL,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILD, ETHAN
VAN GESSEL, DECEASED

VERSUS

HORACE JAY COLLINSWORTH,
M.D., RAFAEL CILLONIZ, M.D.,
ALLISON PREVOST, M.D., ERIN
LAMBERT, M.D., AND OUR LADY
OF THE LAKE HOSPITAL, INC.,
D/B/A OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER

NO.  2024 CW 0348

**JUNE 3, 2024**

---

In Re:   Allison Prevost, M.D., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 663676.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                    JEW
                    EW
                    TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT